KATHLEEN J. O'HARA
x 7945  5\5\15

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 0 5 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 15MJ1394 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 18, U.S.C., Section 1544 |
| Jose Humberto FAJARDO-Ortiz, ) | |
| ) | Misuse of Passport |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about May 3, 2015, within the Southern District of California, Defendant, Jose Humberto FAJARDO-Ortiz, did knowingly and willfully use a United States passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting U.S. Passport number XXXXX8525, issued to S.C. to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that he was not S.C, and that the passport was not issued or designed for his use. All in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ricardo Vargas, CBP Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 5th day of May, 2015.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On May 3, 2015 at approximately 10:36 PM., Jose Humberto FAJARDO-Ortiz (Defendant) attempted entry to the United States from Mexico at the San Ysidro Port of Entry Pedestrian Facility near San Ysidro, California. The Defendant identified himself as S.C. with a United States Passport (XXXXX8525) to a Customs and Border Protection (CBP) Officer. Defendant stated that he had nothing to declare and he was traveling to San Diego, California. The officer suspected the Defendant was not the rightful owner of the document and referred him to secondary for further verification and inspection.

In secondary, it was confirmed Defendant was not the lawful owner to the United States Passport presented during primary inspection. Defendant's fingerprints were queried through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT/IAFIS returned a match to the query, identifying Defendant as a citizen of Mexico and a previously removed alien. IAFIS also linked Defendant to Federal Bureau of Investigation and Department of Homeland Security service records. Further records queries revealed Defendant was removed from the United States to Mexico. Service records contain no evidence Defendant has any legal documents to enter the United States.